**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| MACROSOLVE, INC., <br><br> Plaintiff, <br><br> v. <br><br> REDBOX AUTOMATED RETAIL, LLC, <br><br> Defendants. | CIVIL ACTION NO.6:12-CV-744 <br><br> **JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL OF REDBOX

In light of the settlement agreement between Plaintiff MacroSolve, Inc. ("MacroSolve") and Defendant Redbox Automated Retail LLC and the parties' joint motion to dismiss, it is hereby ORDERED that all claims in this action are dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

**So ORDERED and SIGNED this 22nd day of July, 2013.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE